AO-442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
FID 11733905

for the

District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 3:18 pm, Nov 01, 2024

United States of America
v.
TASKIN TORLAK

Defendant

Case: 1:24-mj-00351
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/1/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TASKIN TORLAK
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

50 U.S.C. §§ 1701-1709    The International Emergency Economic Powers Act

Date: 11/01/2024

*Issuing officer's signature*

City and state: Washington, DC

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/1/24, and the person was arrested on *(date)* 11/2/24
at *(city and state)* Miami, FL

Date: 11/4/24

*Arresting officer's signature*

Gadyaces S. Serraita USM
*Printed name and title*
SD/FL